MATTEAWAN NATIONAL BANK OF BEACON, Respondent, v. OLEM COMPANY, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with

ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.